UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DR. STEVEN ARKIN, a Florida Resident, individually and as the representative of a class of similarly-situated persons,

    Plaintiff,

vs.                              Case No. 8:16-cv-1352-T-27JSS

CELAPURE, LLC, a Texas limited liability company, AQ SKIN SOLUTIONS, INC., a California corporation, and JOHN DOES 1-10,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation of Dismissal (Dkt. 24). Accordingly, this case is **DISMISSED** *with prejudice* as to Defendant, Celapure, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and **DISMISSED** *without prejudice* as to Defendant AQ Skin Solutions, Inc pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The file shall remain closed.

**DONE AND ORDERED** this 11th day of October, 2016.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to:
Counsel of Record